United States District Court
Southern District of Texas
**ENTERED**
November 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Issa Khreas,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-17-1645** |
| | § | |
| **Little York Plaza, LLC, et al,** | § | |
| Defendants. | § | |

## O R D E R

In accordance with the Notice of Dismissal filed on November 12, 2018 (docket entry no. 34), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 13th day of November, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE